*October 9, 1934.*

WEISE, Appellant, vs. E. I. DuPONT DeNEMOURS & COM-
PANY, INC., Respondent.

For the appellant: *Seher & Seher* of Milwaukee.
For the respondent: *Lines, Spooner & Quarles,* attorneys,
and *Chas. B. Quarles* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.